UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

JACK A. BEASLEY,

    Plaintiff,

v.

E. HAIRRS, *et. al.*,

    Defendants.

Case No. 10-cv-00587-JPG-PMF

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants E. Hairrs, Crisey Fenton, Olukunle Obadina, C/O Lutz, Dan Webb, Jackie Miller, Charles Dintelman, and E. Harris and against Plaintiff Jack A. Beasley,

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice as to all Defendants.

**NANCY J. ROSENSTENGEL**

**Dated: August 1, 2012**      **s/ Jina Hoyt**
    **Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
        **J. PHIL GILBERT**
        **DISTRICT JUDGE**